**William J. Devine, appellant, v. Abraham J. Van Engers, appellee. Gen. No. 24,078.**

Action to recover for damages to an automobile in a collision with another automobile. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Harry P. Dolan, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed February 11, 1919.

Hirschl, Hirschl & Brooks, for appellant. John A. Bloomingston, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**Emma Hupe et al., plaintiffs in error, v. Reka Hilt et al., defendants in error. Gen. No. 23,504.**

Bill to set aside a will for mental incapacity and undue influence. Bill dismissed. Error to the Circuit Court of Cook county; the Hon. Frederick A. Smith, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed February 11, 1919.

Judd H. Matthews and Roy C. Merrick, for plaintiffs in error. Walter F. Heinemann, Lewis B. Jacobs and Alvin E. Stein, for defendants in error.

---

**George I. Kreamer, appellee, v. Carey Brick Company, appellant. Gen. No. 24,081.**

Action to recover overcharges on material furnished. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed February 11, 1919.

Thomas H. Maddock and Jacob H. Jaffe, for appellant. Walter J. Miller and Walter L. Wenger, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**In re Petition of C. C. Mitchell, receiver, appellee, v. Samuel Midlinsky, appellant. Gen. No. 24,114.**

Action by receiver to recover rent contested on ground that relation of landlord and tenant did not exist. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed February 11, 1919. Rehearing denied February 26, 1919.

Charles Leviton, for appellant. No appearance for appellee.

Mr. Justice Matchett delivered the opinion of the court.